# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

**UNITED STATES OF AMERICA,**

               **Plaintiff,**

   v.

**JOSE R. HODGE, ET AL**

               **Defendants.**

1:18-mc-00017

**TO:**    Ronald E. Russell, Esq.
         Alphonso G. Andrews, Esq., AUSA
         Renee D. Dowling, Esq.

## ORDER

THIS MATTER is before the Court upon Troy Nesbitt's Motion to Seal Filing of Motion to Quash Subpoena (ECF No. 1). This order is issued without necessity of response.

Having reviewed the motion and upon due consideration thereof, the Court will grant the motion.

WHEREFORE, it is now hereby **ORDERED**:

1. Troy Nesbitt's Motion to Seal Filing of Motion to Quash Subpoena (ECF No. 1) is **GRANTED**.

2. Troy Nesbitt may file his Motion to Quash Subpoena under seal.

                                               ENTER:

Dated: June 5, 2018                          /s/ George W. Cannon, Jr.
                                                     GEORGE W. CANNON, JR.
                                                       MAGISTRATE JUDGE