IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DISTRICT OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | MC. NO.: 2018/17 |
| vs. ) | |
| JOSE HODGE, ET AL., ) | |
| Defendants. ) | |

<u>JOSE HODGE'S STATEMENT</u>

COMES NOW Jose Hodge, by and through his undersigned counsel, hereby informs this Court that Jose R. Hodge is no longer pursuing the subpoena of Troy Nesbitt as a witness.

                                                Respectfully submitted,

DATED: June 6, 2018                        /s/ <u>Renee D. Dowling</u>
                                                RENEE D. DOWLING, ESQ.
                                                Attorney for JOSE HODGE
                                                V.I. Bar No. 411
                                                P.O. Box 1047
                                                Christiansted, VI 00821-1047
                                                (340) 778-7227